**Ted SMITH, Plaintiff—Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION, Defendant—Appellee.**

No. 07–2062.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2008.

Decided: Aug. 25, 2008.

Ted Smith, Appellant Pro Se. Kavonne L. Mayeski, Social Security Administration, Boston, Massachusetts; John W. Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ted Smith appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner's denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Social Security Admin.*, No. 1:05–cv–00577–NCT (M.D.N.C. Oct. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*